UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  SACV 15-00924-JLS (GJSx)                                Date:  November 1, 2016

Title:  Paul Sapan v. Guardian Client Services, LLC, et al.

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

|   Terry Guerrero   | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

   Not Present                                                                 Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER TO SHOW CAUSE**

The Court is in receipt of the Mediation Report filed on May 3, 2016. (Doc. 27.) Counsel are hereby ordered to show cause in writing, no later than **November 7, 2016**, why this case should not be dismissed and/or sanctions issued, for failure to comply with Local Rule 40-2, Notice of Settlement. The Order to Show Cause will stand submitted upon the filing of an appropriate response.

Counsel are advised that the Court will consider the filing of a Stipulation of Dismissal, on or before the date upon which the response is due, as a satisfactory response to the Order to Show Cause.

Initials of Preparer:  tg